No. 6544.—BANCO DE PUERTO RICO, como Liquidador del Banco Comercial de Puerto Rico, dmte., *v.* PORTELA ET AL., dmdos.—C. D. Humacao.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, el recurso de apelación contra la sentencia dictada en este caso fué interpuesto en 18 de noviembre de 1933 y en 24 del mismo mes la parte demandante apelada solicitó la desestimación del mismo por ser enteramente frívolo y por haberse interpuesto con el sólo propósito de dilatar los procedimientos y evitar que el demandante cobre lo que legítimamente se le debe;

POR CUANTO, los apelantes, por conducto de su abogado, se oponen a la moción de desestimación y entre otras cosas alegan que uno de los errores en que ha de basarse la apelación es la falta de jurisdicción de la corte inferior para dictar sentencia, por ser el emplazamiento totalmente nulo;

POR CUANTO, no se ha elevado a este Tribunal el emplazamiento original ni copia del mismo para que esta Corte pueda estar en condiciones de resolver si hay méritos o no en el supuesto vicio de nulidad que le atribuyen los apelantes;

POR TANTO, no ha lugar a la moción solicitando que se desestime el referido recurso.

Los siguientes casos se desestimaron por haber estipulado las partes, o haberse allanado el apelante, a la desestimación solicitada:

Nos. 6103 y 6189.